CAAP–
12–00
00710

State v. McCreery

Affirmed